ADAMS, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY M. NOLFI, etc., et al., | ) | **LEAD CASE NO. 5:06CV0260** |
| | ) | 5:06CV0506 |
| Plaintiffs, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| OHIO KENTUCKY OIL | ) | AND ORDER |
| CORPORATION, et al., | ) | [RESOLVING DOC. 23 in |
| | ) | CASE NO. 5:06CV0506] |
| Defendants. | ) | |

This action is before the Court upon plaintiff Fencorp Co.'s Motion for Leave to Exceed Page Limitations (Doc. 23 in Case No. 5:06CV0506). For good cause shown, the motion is GRANTED.

Counsel are reminded again that all pleadings and other papers for the within consolidated cases shall only be filed in and docket entries shall only be made in Case No. 5:06CV0260. *See* Order (Doc. 10 in Case No. 5:06CV0260 and Doc. 10 in Case No. 5:06CV0506) and Memorandum of Opinion and Order (Doc. 35 in Case No. 5:06CV0260 and Doc. 19 in Case No. 5:06CV0506) at 19.

IT IS SO ORDERED.

| | |
|---|---|
| May 5, 2008 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |